Certificate Number: 03591-ILN-CC-003669842

# CERTIFICATE OF COUNSELING

I CERTIFY that on March 18, 2008, at 2:37 o'clock PM CDT,

Susan M. Kranz _____ received from

Chestnut Health Systems, Inc.,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

Northern District of Illinois, an individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted in person.

Date: March 28, 2008          By  *[signature]*

                              Name   CHERYL D. FOSTER

                              Title  CERTIFIED CREDIT COUNSELOR


* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).